Certificate Number: 05781-ILN-DE-024283821

Bankruptcy Case Number: 14-30172



05781-ILN-DE-024283821

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 1, 2014</u>, at <u>5:14</u> o'clock <u>PM PDT</u>, <u>Marta Dudzinska</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>October 1, 2014</u>            By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>